```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: October 18, 2010

JUDGE: Susan D. Wigenton

COURT REPORTER: Carmen Liloia

DEPUTY CLERK: Antigone Owens-Krefski

OTHER: _____

Title of Case:                            Docket #08-497-01

U.S.A.  v. GUSTAVO ALFONSO BLACIO MORAN

Appearances:
L. Judson Welle, AUSA for the Gov't
Paul Warburgh, Jr., Esq. for the Dft
Sara Garcia Rangel, interpreter

Nature of proceedings: **PLEA TO INDICTMENT**
Interpreter sworn.
Dft sworn.
**Dft retracts plea of Not Guilty & Pled Guilty to Count One of the Indictment.**
Rule 11 form fld.
Plea agreement fld.
Ordered sentence date set for 1/27/11 at 3:30 p.m.
Ordered dft remanded.


Time Commenced 12:45 p.m.
Time Adjourned 1:05 p.m.


cc: chambers                              Antigone Owens-Krefski
                                          Deputy Clerk